IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 2 7 2009

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
            v.                    )        Criminal No. 7:09CR24-03
                                  )
                                  )
LUKE MUSA ELBINO                  )

O R D E R

A Hearing on Defendant's [74] Motion for Reconsideration of the Detention Order entered on May 14, 2009 was held May 26, 2009 for the above named defendant.

Having conducted a hearing on said motion, it is hereby

**ORDERED**

that the defendant's Motion for Reconsideration of the Detention Order entered on May 14, 2009 is DENIED for the reasons stated on the record.

The Clerk is directed to send copies to all counsel of record.

Entered: This 27th day of May, 2009.

_____
SENIOR UNITED STATES DISTRICT JUDGE